United States District Court
Northern Illinois District
Eastern Division

Gregory Thomas Green,
    Plaintiff

V.

Bel-Air Hotel LLC,
    Defendant

RECEIVED
NOV 0 5 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

07CV6236
JUDGE MANNING
MAGISTRATE JUDGE KEYS

## Complaint

Now Comes Gregory Thomas Green, the plaintiff, and in Pro-se, pleads this Honorable Court to hear the following:

I, Gregory Thomas Green, has been a resident at the Bel-Air Hotel, since 6/07. And in that time this establishment has ignored numerous requests for repairs of my bathroom lights/switches, malfunctioning door knobs that had preventing me from getting out of my room (total fire hazard)

One day in July of '07, I left my room and forgot something and when I returned to my door, I noticed the peep-sight was screwed out, so that the contents of my room could be examined, I called the desk from my cellphone and the clerk asked me what was she supposed to do about it, and I said well call the police and she said real curtly "You call them".

I had my keys stolen from my room and when I requested to have my locks changed, the mgr. told me the person who does the locks is on vacation. But I suggested calling the local locksmith, but the mgr. said she would not allow a locksmith in her hotel. So, I was locked out my room for over 10 days. I eventually had to buy a key-lock safety chain for my door just so I could come and go as I needed.

The temperature in the hotel exceeds 115°F, and when I mentioned it to the manager she told me I was not allowed to have a air-conditioned room unless I was going to pay $89 dollars per night and at that time I was paying $220/week. Consequently, the constant heat exaustion made it very difficult for me to go to work and function normally (mental anguish, physical exaustion, emotional stress) waking up dizzy daily, by the time I showered I had just enough stamina to put my clothes on, grab my tooth brush and leave (because the effect from the heat) I had to brush my teeth and shave elsewhere.

Again, the condition of the room, it had fungus on the bathroom fixtures (bathtub, toilet, sink, floor and walls) I did notice this at first but I though I could clean it up. I had to buy insecticide for the roaches and waterbugs (and gnats) because I would itch, have allergy attacks.

I've requested a screen for my window because one of the windows had no screen in it, but the hotel (as usual) ignored my request. So, I couldn't get the maximum amount of air which did result in a acute shortness of breath to the point of almost passing out the whole ordeal

itself, was like unto a torture chamber.

One day in late September, 2007, the hotel's mgr. knocked on my door and demanded I remove my bicycle from the hallway, but I was so disorientated from the extreme heat that by the time I opened my door to bring my bike inside my room, it was gone. When I went to the hotel's desk to address the matter, the mgr, clerk, and maintainence attendants, claimed they knew nothing about it. Yet the manager told me, I should have moved the bike when she told me. I called the police, reported the bicycle stolen, and to replace that particular bike would be well over $900 - dollars.

I feel no human being should have to go through what I had to go through and I could not leave the hotel untill I had a formal meeting with my parole officer. I have a right to be accomodated in any type of housing that suppose to be in accordance with the law.

I am asking for a full refund (approx $3,000 dollars) reimbursements for money I had to spend on lighting, insecticides, security chain with lock ($100 dollars) stolen bicycle took after mgr. decided she did not want it in her hallway ($900 dollars) and for all the inconveinece, mental anguish, emotional stress, disrespect and endangering my health) I feel an additional $20,000 - dollars is more than fair. So, $24,000 - dollars is the demand in this lawsuit,

Respectfully,

Gregory Thomas Green
Gregory Thomas Green
3210 West Arthington (H.W.B.)
Chicago, Illinois 60624
(773) 265-3027-28

### Certification

By signing this document I am certifing everything aforesaid mentioned on this 30th day of October 2007

Gregory Thomas Green