KC **FILED**
NOV 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) Gregory Thomas Green )

v.

Defendant(s) Bel-Air Hotel LLC

07CV6236
JUDGE MANNING
MAGISTRATE JUDGE KEYS

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Gregory Thomas Green, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:
   1. Winston + Strawn  35 W. Wacker  Chgo, IL . 60601
   2. Ernesto Borges  105 W. Madison  Chgo, IL 60604
   3. Paul Episcopo  77 W. Washington  Chicago, IL 60602

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Gregory T. Green                    3210 West Arthington (HWB) Chgo, IL 60624
Movant's Signature                   Street Address

10/29/07
Date                                 City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: David H. Coar    Case Number: 04C

Case Title: Green v. Hartman

Appointed Attorney's Name: Phillip Mark Crane

If this case is still pending, please check box ☐

Assigned Judge: David H. Coar    Case Number: 01C

Case Title: Green v. Richardson

Appointed Attorney's Name: Winston + Strawn

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐